# United States District Court

WESTERN DISTRICT OF WASHINGTON

BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG
        PLAINTIFFS

          JUDGMENT IN A CIVIL CASE

      v.

AUTO WAUNE, LLC and
JAMSHID SADRI,

        DEFENDANTS               CASE NUMBER:  C08-5725BHS

_____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X____ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiffs are awarded $9,772.50 in fees and $2,273.89 in costs, for a total award of $12,046.39.


July 13, 2009                                                               BRUCE RIFKIN
                                                                                       Clerk

                                                                        /s/   Pat LeFrois
                                                             _____
                                                                         Deputy Clerk